# Exhibit "1"

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MICHELLE GAIL HILL,

    Plaintiff,

v.

MICHAELS STORES, INC.,            CIVIL DIVISION

    Defendant.                                CASE NO.: CACE-21-006189
_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, MICHELLE GAIL HILL, by and through the undersigned counsel, hereby sues the Defendant, MICHAELS STORES, INC. and alleges:

### JURISDICTION

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### PARTIES

2. At all times material hereto, the Plaintiff, MICHELLE GAIL HILL, was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, MICHAELS STORES, INC., was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Pembroke Pines, Broward County, Florida.

### VENUE

4. Venue is proper in this County in that the Defendant does business in Broward County, Florida, and/or all of the acts complained of herein occurred in Broward County, Florida.

## GENERAL ALLEGATIONS

5. That on or about November 19, 2019, the Plaintiff, **MICHELLE GAIL HILL**, was a business invitee of the Defendant, **MICHAELS STORES, INC.**'s premises located at 11300 Pines Blvd, Pembroke Pines, FL 33026.

### COUNT I - NEGLIGENCE CLAIM AGAINST MICHAELS STORES, INC.

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on November 19, 2019, Defendant, **MICHAELS STORES INC.**, owned, managed, controlled, operated, and/or maintained the premises located at 11300 Pines Blvd, Pembroke Pines, FL 33026, in Broward County.

7. That on or about November 19, 2019, the Plaintiff, **MICHELLE GAIL HILL**, was lawfully in Defendant, **MICHAELS STORES, INC.'s** premises, when she slipped and fell on an unknown liquid substance causing her to fall and sustain serious and permanent injuries.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

    a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and or soap or a soap-like susbtance and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

    b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid substance and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **MICHAELS STORES, INC.**, the Plaintiff, **MICHELLE GAIL HILL**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of

life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a preexisting condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **MICHELLE GAIL HILL** will suffer the losses into the future.

WHEREFORE, Plaintiff, **MICHELLE GAIL HILL**, hereby demands judgment for damages, costs and interest from the Defendant, **MICHAELS STORES, INC.,** together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **MICHELLE GAIL HILL,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: March 25, 2021

        **RUBENSTEIN LAW, P.A.**
        Attorneys for Plaintiff
        261 N. University Drive, Suite 700
        Plantation, FL 33324
        Phone: (305) 661-6000
        Fax: (305) 670-7555
        Email: aaron@rubensteinlaw.com
               crencurrell@rubensteinlaw.com
               eservice@rubensteinlaw.com

By:   */s/ Aaron Feuer*
       **AARON FEUER**
       Florida Bar No.: 100542